| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alfred Gabriele** | Social Security number or ITIN   xxx−xx−9073 |
| | First Name    Middle Name    Last Name | EIN   _ _ − _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ − _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18−23267−VFP | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alfred Gabriele

10/5/18

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23267-VFP
Alfred Gabriele                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Oct 05, 2018
                             Form ID: 318          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
db              Alfred Gabriele,    111 Laurelwood Ct,    Rockaway, NJ 07866-2250
517624259       Bby/cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
517624261       Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
517624263       Citibank/Best Buy,    Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
517624266       #+Eastern Account System,    75 Glen Rd,    Sandy Hook, CT 06482-1175
517624271       Midland Credit Management,    attn: Mia Kiritsis,    1037 Raymond Blvd Ste 710,
                Newark, NJ 07102-5427
517624272       Officer Edward J. Ajamian,    473 Broadway Ste 308-310,    Bayonne, NJ 07002-3697
517624273       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,    Trenton, NJ 08695-0245)
517624274       Superior Court of New Jersey,    Law Division: Essex County,    465 Dr Martin Luther King Jr Blvd,
                Newark, NJ 07102-1735
517624282       University Spine Center Pc,    PO Box 21146,    New York, NY 10087-1146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2018 00:03:24     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2018 00:03:19     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517624260       EDI: CAPITALONE.COM Oct 06 2018 03:33:00     CAPITAL ONE BANK USA NA,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517624262       +EDI: CAUT.COM Oct 06 2018 03:33:00     Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave MSC AZ1-1191,    Phoenix, AZ 85004-1071
517624264       EDI: DISCOVER.COM Oct 06 2018 03:33:00     Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
517624265       EDI: DISCOVER.COM Oct 06 2018 03:33:00     Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
517624267       EDI: IRS.COM Oct 06 2018 03:33:00     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517624268       EDI: CBSKOHLS.COM Oct 06 2018 03:33:00     Kohls/Capital One,    Kohls Credit,    PO Box 3120,
                Milwaukee, WI 53201-3120
517624269       +EDI: CBSKOHLS.COM Oct 06 2018 03:33:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
517624270       EDI: RESURGENT.COM Oct 06 2018 03:33:00     Lvnv Funding LLC,    PO Box 1269,
                Greenville, SC 29602-1269
517624275       EDI: RMSC.COM Oct 06 2018 03:33:00     Synchrony Bank,    Attn: Bankruptcy,    PO Box 103104,
                Roswell, GA 30076-9104
517625596       +EDI: RMSC.COM Oct 06 2018 03:33:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517624276       EDI: TDBANKNORTH.COM Oct 06 2018 03:33:00     Td Bank N.A.,    32 Chestnut St,
                Lewiston, ME 04240-7744
517624277       EDI: TDBANKNORTH.COM Oct 06 2018 03:33:00     Td Banknorth,    Attn: Bankruptcy,    PO Box 1190,
                Lewiston, ME 04243-1190
517624281       EDI: TFSR.COM Oct 06 2018 03:33:00     Toyota Motor Credit Co,    4 Gatehall Dr,
                Parsippany, NJ 07054-4518
517624280       EDI: TFSR.COM Oct 06 2018 03:33:00     Toyota Motor Credit Co,    Toyota Financial Services,
                PO Box 8026,    Cedar Rapids, IA 52408-8026
517624279       EDI: TFSR.COM Oct 06 2018 03:33:00     Toyota Financial Services,    PO Box 5236,
                Carol Stream, IL 60197-5236
517624278       +EDI: TFSR.COM Oct 06 2018 03:33:00     Toyota Financial Services,    PO Box 5236,
                Coral Stream, IL 60197-5236
517796255       EDI: BL-TOYOTA.COM Oct 06 2018 03:33:00     Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                    TOTAL: 19

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2        User: admin           Page 2 of 2          Date Rcvd: Oct 05, 2018
                           Form ID: 318           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          Scott J. Goldstein    on behalf of Debtor Alfred  Gabriele sjg@sgoldsteinlaw.com,
          cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 6
```